Oliver H. Bentley, Respondent, v. Continental Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Pinafeather, Respondent, v. Massachusetts Accident Company, Appellant.— Judgment affirmed, with costs. All concurred.

Joseph W. Bidwell, Respondent, v. Village of East Rochester, Appellant. — Judgment and order affirmed, with costs. All concurred.

Millard M. Crane, Respondent, v. Elmer W. Kelley, Appellant.— Judgment affirmed, with costs. Appeal from order dismissed. This court finds, upon the evidence in the record, the facts recited in the order appealed from, and the findings of fact and conclusions of law contained in the decision are modified accordingly. All concurred.

John McChesney, Plaintiff, v. Lucius Engineering Company, Defendant. — Plaintiff's exceptions sustained and motion for new trial granted, with costs to plaintiff to abide event. Held, that it was a question of fact as to whether the defendant was negligent in furnishing a single plank to be used as a scaffold which was unsuitable and improper for the work which the plaintiff was required to do. All concurred, except Robson and Foote, JJ., who dissented.

The Oneida Savings Bank, Plaintiff, v. William H. Davis and Others, Respondents, and Harry Cohn and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William E. Otto, Respondent, v. Allison K. Hume, Appellant.— Interlocutory and final judgments affirmed, with costs. All concurred.

In the Matter of the Arbitration of Certain Matters of Difference between Martin D. Buckley, Respondent, and J. & G. Lippmann, Appellant.— Order reversed, with ten dollars costs and disbursements, and judgment vacated. Held, that there was no valid submission of the controversy to arbitrators under the provisions of the statute.* All concurred.

Johanna Meyer, Respondent, v. Motor Transit Company, Appellant, Impleaded with Another.—Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

Catherine Bahen, Respondent, v. Edward C. Crewe, Impleaded with Christian Weyand Brewing Company, Appellant.— Judgment affirmed, with costs. All concurred.

George W. Wright, Respondent, v. The Lake Shore and Michigan Southern Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Buffalo Builders Supply Company, Inc., Appellant, v. Menno A. Reeb, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Nellie Davis, as Administratrix, etc., Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Appointment of a Trustee of the Supreme Court Library at Buffalo.— Justice Cuthbert W. Pound appointed trustee to fill the vacancy caused by the death of Charles F. Tabor.

---

* See Code Civ. Proc. § 2365 et seq.—[REP.